**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

LINDA LACEY

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2018 DEC -3 P 12: 12

_____
*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

CITY OF NEWARK

CITY OF NEWARK PROSECUTOR'S

OFFICE

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**I.      Parties in this complaint:**

A.      List your name, address and telephone number. Do the same for any additional   plaintiffs named. Attach
         additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | LINDA LACEY |
| | Street Address | P O BOX 1445 |
| | County, City | NEW YORK , |
| | State & Zip Code | NEW YORK   10268 |
| | Telephone Number | 347 645-2491 |

B.    List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name __CITY OF NEWARK__

Street Address __920 BROAD STREET__

County, City __ESSEX COUNTY, NEWARK__

State & Zip Code __NEW JERSEY__

Defendant No. 2

Name __CITY OF NEWARK PROSECUTORS OFFICE__

Street Address __920 BROAD STREET 3RD FLR.__

County, City __ESSEX COUNTY, NEWARK__

State & Zip Code __NEW JERSEY__

Defendant No. 3

Name _____

Street Address _____

County, City _____

State & Zip Code _____

Defendant No. 4

Name _____

Street Address _____

County, City _____

State & Zip Code _____

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case   involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. §   1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.    What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal Questions        [ ] Diversity of Citizenship

[ ] U.S. Government Plaintiff    [ ] U.S. Government Defendant

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? __CIVIL RIGHTS →THE RIGHT TO LIBERTY AND FREEDOM THE TO EQUAL__

__PROTECTION UNDER THE LAW, THE RIGHT TO BE FREE OF DISCRIMINATION__

__AND UNJUST TREATMENT.__

- 2 -

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III.   Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? NEWARK MUNICIPAL COURT
GREEN STREET NEWARK NJS 67102

B.    What date and approximate time did the events giving rise to your claim(s) occur? DECEMBER 16th
2016/initial) 11am-2:00 am
JANUARY 03-07 2017 (days after release date)

**What happened to you?**

C.    Facts: ARRESTED DURING A COURT APPEARANCE ON 12/16/2016 AT THE NMC WITHOUT PROBABLE CAUSE FOR THE CHARGES I WAS PRESENT FOR. PROSECUTORS BOUGHT A CIVIL CASE AGAINST ME INTO THE CRIMINAL COURTS WITHOUT PROBABLE CAUSE. ON 12/16/2016 I WAS BOOKED AND SENT TO ESSEX COUNTY JAIL WHERE I WAS UNABLE TO SLEEP, EAT, OR EASE MY BOWELS - I SUFFERED AN ENORMOUS AMOUNT OF PAIN AND DISTRESS

**Who did what?**

I APPEARED FOR COURT ON DECEMBER 23/16 BY VIDEO AND WAS NOT RELEASE DISCRIMINATED UPON IN AN EFFORT TO SECURE A MENTAL HEALTH EXAMINATION THE REQUEST OF THE COURTS. SPENT THE HOLIDAYS IN JAIL

ON 01/03/2017 - COURT APPEARANCE THE JUDGE RELEASE ME BUT I REMAINED IN JAIL FOR THE NEXT 4 DAYS A TOTAL OF

**Was anyone else involved?**

3 WEEK AND TWO DAYS. I WAS RELEASE ON 01/07. THE ONGOING DISTRESS AND ANGUISH INCREASED DURING THOSE 4 DAYS AND CONTINUE UPON RELEASE. THE PROSECUTORS CONTINUED CASE THAT WITHOUT PROBABLE CAUSE. FOR THE APPEARANCE ON 01/03/2017 I WAS DRAG THROUGH THE COURTS CHAINED HAND AND FEET A TACTIC USE BY THE COURTS TO SHAME AND HUMILIATE ME, AND INDEED IT WAS EXTREMELY SHAMEFUL AND BRUTALLY HUMILIATING. THE SCARS LIVE ON.

**Who else saw what happened?**

COURT STAFF, JACKTHAN (from Community Solution), ARRESTING OFFICER (mrs SOKOSON) JUDGE PROSECUTORS, COURT STAFF, INMATES-01/03-07 & 12/16-01/07 Police STAFF?

-3-

**IV.     Injuries:**

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. PAIN AND SUFFERING

EMOTIONAL DISTRESS AND MENTAL ANGUISH

DEPRIVED OF MY LIBERTY

I SOUGHT TREATMENT WITH MY DOCTOR AND OTHER EXPERTS IN ORDER TO ALLEVIATE AND BE RID OF THE ON GOING PAIN AND MENTAL ANGUISH THAT HAS TAKEN OVER MY BEING

**V.     Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.

I WISH TO BE COMPENSATED FOR EACH DAY I WAS WRONGFULLY IMPRISONED AND DEPRIVED OF MY LIBERTY AND FREEDOM
FOR THE ENORMOUS PAIN AND SUFFERING I HAVE AND CONTINUE TO SUFFER
FOR THE EMOTIONAL DISTRESS THAT WAS SO NEGLIGENTLY AND INTENTIONALLY INFLICTED ON ME
GROSS NEGLIGENCE

I WISH TO BE COMPENSATED FOR: ABUSE OF PROCESS BY PROSECUTOR'S

MALICIOUS PROSECUTION

DEPRIVATION OF DUE PROCESS

EQUAL PROTECTION, NJ CIVIL RIGHTS

VIOLATION AND ANY OTHER SUITED VIOLATION UNKNOWN TO ME.
EXPENSE OF MY EXAMINATION - UNABLE TO TAKE AS A RESULT OF INCARCERATION
I SEEK: (A) COMPENSATORY (B) DAMAGES (C) CONSEQUENTIAL DAMAGES (D) PUNITIVE DAMAGES
(E) STATUTORY DAMAGES (F) ACTUAL DAMAGES (G) ANY OTHER
FEES AND FURTHER RELIEF THE COURTS MAY DEEM
AS NECESSARY. JUST AND EQUITABLE

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this __03__ day of __DECEMBER_____, 20 _18_.

Signature of Plaintiff _____

Mailing Address __P O BOX 14415_____
_____NEW YORK NY 10268____

Telephone Number __347 645-2491____

Fax Number *(if you have one)* _____

E-mail Address __incey16s@yahoo.com____

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _____

PLEASE TAKE NOTE THAT I DO RESERVE
THE RIGHTS AS A PRO SE LITIGANT TO
AMEND MY ANSWERS UPON THE ADVISE
OF AN ATTORNEY OR LEGAL EXPERT.

PLEASE KNOW THAT I DO RESPECT THE
LEGAL PROFESSION, AND STRONGLY
BELIEVE THAT I WOULD BE BETTER SERVE
WITH THE HELP OF AN ATTORNEY. I HAVE
TRIED TIREDLESSLY AND UNSUCCESFULLY
TO RETAIN AN ATTORNEY, I AM THEREFORE
FORCE TO FILE THIS CASE AS A PROSE. I
WILL CONTINUE HOWEVER TO SEEK COUNSEL.

LINDA LACEY

- 5 -